PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Dino Cassell Moore**

**Docket No. 0:00CR00369-002(RHK)**

**Petition on Supervised Release**

COMES NOW **Richard W. Hermes**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Dino Cassell Moore** who was sentenced for Possession With Intent to Distribute in Excess of 50 Grams of Crack Cocaine on June 13, 2001, by the Honorable Richard H. Kyle, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

-Participate in drug/alcohol treatment program
-Mandatory drug testing
-Psychological/psychiatric counseling/treatment

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Mr. Moore failed to appear for drug testing on May 28, 2005; May 31, 2005; July 23, 2005; and July 29, 2005.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 40 hours of community service, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 24th day of August, 2005, and ordered filed and made a part of the records in the above case.

[signature]

Honorable Richard H. Kyle
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

[signature]

Richard W. Hermes
U.S. Probation Officer

Executed on August 23, 2005
Place Minneapolis

c: United States Sentencing Commission

SCANNED
AUG 24 2005
U.S. DISTRICT COURT ST. PAUL