Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Dino Cassell Moore

Docket No. 0:00CR00369-002(RHK)

## HEARING WAIVER

I, Dino Cassell Moore, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall perform 40 hours of community service, as approved by the probation officer.

Signed: Dino Moore

Dino Cassell Moore
Supervised Releasee

Witness: [signature]

Dated: 8-18-05

SCANNED
AUG 24 2005
U.S. DISTRICT COURT ST. PAUL